# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ADRIAN ABASOLO, Defendant. | Case No. 21-CR-3105-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDE TIME** |
|---|---|

Good cause having been shown, IT IS HEREBY ORDERED THAT the Status Hearing set for March 13, 2023 is continued to May 15, 2023, at 9:00 a.m. IT IS FURTHER ORDERED THAT time is excluded from the date of this order through May 15, 2023.

**SO ORDERED.**

DATED: 3/8/23

Honorable Thomas J. Whelan
United States District Judge