# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-03105-W |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| ADRIAN ABASOLO, | |
| Defendant. | |

IT IS HEREBY ORDERED, for good cause shown, the joint motion to continue the Status Hearing set for July 31, 2023, be and is hereby granted. Status Hearing is continued to October 2, 2023, at 9:00 AM.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act from July 31, 2023 through October 2, 2023.

**SO ORDERED.**

Dated: _____7/26/23_____

_____
Honorable Thomas J. Whelan
United States District Judge