UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 21-CR-03105-W |
|---|---|
| Plaintiff, | ) ORDER TO CONTINUE STATUS HEARING |
| v. | ) |
| ADRIAN ABASOLO, | ) |
| Defendants, | ) |

The United States of America and Defendant Adrian Abasolo jointly move to continue the Status Hearing. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h) (1) and (7).

For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The Status Hearing shall be continued to November 27, 2023, at 9:00 a.m.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until November 27, 2023, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1) and (h)(7).

DATED: 9/19/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE